**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01838-LTB

LYNNE BROWN,

       Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, a Georgia limited liability company,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Defendant's Unopposed Motion for Leave to File Amended Answer to the Complaint (Doc 7 - filed August 27, 2012) is **GRANTED**. The tendered Amended Answer is accepted for filing.

Dated:   August 28, 2012
_____