IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01838-LTB-MEH

LYNNE BROWN,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, a Georgia limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 28, 2012.**

    The Stipulated Motion for Entry of Protective Order [filed November 26, 2012; docket #12] is **granted**.  The proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.