**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01838-LTB-MEH

LYNNE BROWN,

        Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, a Georgia limited liability company,

        Defendant.
_____

**ORDER**
_____

        THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 18 - filed January 2, 2013), and the Court being fully advised in the premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock_____
        Lewis T. Babcock, Judge

DATED:   January 3, 2013